USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN TO MAN PANG,

                      **Plaintiff,**                    20-CV-10019 (AJN)(SN)

      -against-                           **ORDER OF SERVICE**

CUSHMAN & WAKEFIELD, ANTHONY YE,
WILLIAM CARLEY, and SCOTT SNOW,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is respectfully directed to issue summonses as to Defendants Cushman & Wakefield, Anthony Ye, William Carley, and Scott Snow. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

                                              _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:     December 21, 2020
               New York, New York