UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN TO MAN PANG,

                         **Plaintiff,**                20-CV-10019 (AJN) (SN)

       -against-                                     **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Defendants' consent, Plaintiff is directed to file his Third Amended Complaint by Monday, August 16, 2021. In his Third Amended Complaint, Plaintiff shall indicate whether he wishes the case to be tried before a jury or a bench trial. In addition, the relevant deadlines in the case are modified as follows:

      Fact discovery shall close on October 22, 2021.

      Any summary judgment motions shall be filed by November 19, 2021.

      The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:      August 12, 2021
                 New York, New York