UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN TO MAN PANG,

                      **Plaintiff,**                    **20-CV-10019 (AJN) (SN)**

          -against-                                **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Plaintiff's September 7, 2021 letter, which the Court construes as a motion to compel discovery, Defendants are directed to file their response by September 10, 2021. The Court will hold a discovery conference on Tuesday, September 14, 2021, at 10:00 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:    September 8, 2021
               New York, New York