```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

IVAN TO MAN PANG,

                              **Plaintiff,**                      20-CV-10019 (AJN) (SN)

        -against-                                                    **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                              **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

        The discovery conference scheduled for Tuesday, September 14, 2021, at 10:00 a.m. is RESCHEDULED to Wednesday, September 15, 2021, at 2:30 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                                    SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:        September 10, 2021
                   New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2021