UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN TO MAN PANG,

                              **Plaintiff,**                     20-CV-10019 (AJN)(SN)

      -against-                                                **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This order supersedes the October 8, 2021 order at ECF No. 54. This order shall govern.

Any summary judgment motions shall be filed by January 7, 2022.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      New York, New York
                 October 13, 2021