```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN TO MAN PANG,

                                    Plaintiff,           20-CV-10019 (AJN)(SN)

        -against-                                        ORDER

CUSHMAN & WAKEFIELD, et al.,

                                    Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

A call is scheduled for Thursday, December 16, 2021, at 3 P.M. to discuss the concerns raised in the parties' letters at ECF Nos. 68 and 69. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         December 13, 2021