```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN TO MAN PANG,

                                 **Plaintiff,**                 20-CV-10019 (AJN)(SN)

       -against-                                            **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The teleconference currently scheduled for Thursday, December 16, 2021, is RESCHEDULED for Wednesday, December 15, 2021, at 2:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:     December 14, 2021
                 New York, New York