UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IVAN TO MAN PANG,

                              **Plaintiff,**

           -against-

**CUSHMAN & WAKEFIELD,**

                              **Defendants.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2021

20-CV-10019 (AJN)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

       On December 15, 2021, the Court held a conference to discuss Plaintiff's motion to amend the complaint (ECF Nos. 60, 65 & 68) and outstanding discovery disputes. ECF Nos. 68 & 69. Plaintiff's motion to amend the complaint is DENIED because he requested punitive damages in his initial complaint. To the extent that Plaintiff seeks further discovery, that motion is DENIED.

       A settlement conference is scheduled for February 11, 2022, at 10 a.m. In the weeks before the conference, the Court will inform the parties whether it will be held telephonically or in-person. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, February 4, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Both Plaintiff and Defendants have informed the Court that they intend to move for summary judgment. Defendant's Motion for Summary Judgment shall be filed by March 1, 2022 and shall not exceed 20 pages. Plaintiff's Cross-Motion for Summary Judgment and Opposition shall be filed by March 31, 2022 and shall not exceed 35 pages. Defendant's Reply and Opposition shall be filed by April 14, 2022 and shall not exceed 30 pages. Plaintiff's Reply shall be filed by April 28, 2022 and shall not exceed 15 pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 17, 2021
         New York, New York