UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IVAN TO MAN PANG,

                        Plaintiff,

        -against-

CUSHMAN & WAKEFIELD, et al.,

                      Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2022

20-CV-10019 (AJN)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       Unless the parties reach an agreement at the settlement conference scheduled for February 11, 2022, Defendants shall respond to Plaintiff's Motion to Compel (ECF No. 75) by no later than February 14, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               February 7, 2022