**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

IVAN TO MAN PANG,

                                    **Plaintiff,**                          **20-CV-10019 (VEC)(SN)**

                    -against-                                               **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                                    **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

         In light of the Court's recommendation to Judge Caproni on the parties' motion for

summary judgment, the parties are ORDERED to meet and confer as to whether they would like

to STAY the objection period to facilitate settlement. Any such application for a stay should be

filed within 14 days. The parties should contact Courtroom Deputy Rachel Slusher by email at

Rachel_Slusher@nysd.uscourts.gov if they wish to schedule a settlement conference. Due to the

Court's busy calendar, settlement conferences must generally be scheduled at least four to six

weeks in advance, and the Court will likely be unable to accommodate last-minute requests.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        New York, New York
              August 24, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/24/2022