# JacksonLewis

**Jackson Lewis**
44 South Broad
White Plains NY
(914) 872-8060
(914) 946-1216
jacksonlewis.co

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/31/2022

August 30, 2022

**VIA ECF**
Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 219
New York, New York 10007

**Re:    Pang v. Cushman & Wakefield, et al.**
       **Case No. 1:20-cv-10019 (AJN) (SN)**

Dear Judge Nathan:

        We represent Defendants in this action. Pursuant to Your Honor's August 24, 2022 Order [ECF No. 109], we have conferred with Pro Se Plaintiff and write this letter jointly on behalf of Defendant and Pro Se Plaintiff to respectfully request to stay the objection period in order for the Parties to schedule a settlement conference in this matter.

        We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS. P.C.
Mary A. Smith, Esq.
(914) 872-6907
Mary.Smith@jacksonlewis.com

---

The objection period is STAYED to allow the parties to conduct settlement negotiations.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: August 31, 2022
        New York, New York