```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IVAN TO MAN PANG,

                            **Plaintiff,**                       20-CV-10019 (VEC)(SN)

         -against-                                          **ORDER**

CUSHMAN & WAKEFIELD, et al.,

                           **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

The parties appeared before the Court for a settlement conference and were unable to reach an agreement to settle. Accordingly, the time to file objections to the Court's Report & Recommendation, under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, is set as follows:

    Plaintiff shall file any objections by November 21, 2022; and

    Defendants shall file any responses by December 21, 2022.

    All submissions shall comply with the Individual Rules of the Hon. Valerie E. Caproni.

**SO ORDERED.**

                                                                      _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:    October 28, 2022
                New York, New York