**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IVAN TO MAN PANG,

                Plaintiff,                20 **CIVIL** 10019 (VEC)(SN)

       -against-                     **JUDGMENT**

CUSHMAN & WAKEFIELD U.S., INC.,
ANTHONY YE, WILLIAM CARLEY and
RENAE STOKKE,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2023, the R&R is ADOPTED in its entirety. Defendants' motion for summary judgment is GRANTED; Plaintiff's cross-motion for summary judgment or a default judgment is DENIED; and the case is DISMISSED with PREJUDICE. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          March 28, 2023

                                           **RUBY J. KRAJICK**

                                            **Clerk of Court**

                  **BY:**   *K. Mango*

                                            **Deputy Clerk**